# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02253-ZLW

CLIFFORD N. WOODS,

    Plaintiff,

v.

EL PASO COUNTY DISTRICT COURT,
JUDGE DAVID S. PRINCE, El Paso County,
VELLAR, El Paso County District Attorney,
OFFICER LLOYD, El Paso County, and
OFFICER REUHLEN, El Paso County,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the "Motion for Writ of Habeas Corpus," that Plaintiff filed on March 3, 2008. The Motion for Writ of Habeas Corpus is inappropriately filed in the instant action. As noted on the Motion, the request pertains to proceedings currently before the El Paso District Court in the State of Colorado. The Motion for Writ of Habeas, therefore, is disregarded.

Dated: March 10, 2008

Copies of this Minute Order mailed on March 10, 2008, to the following:

Clifford N. Woods
Prisoner No. A00128785
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

                                                   Secretary/Deputy Clerk